**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
<u>**CIVIL MINUTES – GENERAL**</u>

Case No. SA CV 18-0155-DOC (JDEx)                    Date:  September 23, 2019
            SA CV 18-0220-DOC (KESx)

Title:  ORANGE COUNTY CATHOLIC WORKER, ET AL V ORANGE COUNTY, ET AL
        DAVID RAMIREZ, ET AL V COUNTY OF ORANGE

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

<u>Deborah Lewman</u>                          <u>Debbie Gale</u>
Courtroom Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
        Carol A. Sobel                          Laura D. Knapp
    Brooke Alyson Weitzman                     Marianne Van Riper
        Lili Graham                          John Matthew Funk

**PROCEEDINGS:     STATUS CONFERENCE RE SETTLEMENT**

        The Honorable James L. Smith (Ret.), various City Officials, Mayors and Richard
Sanchez, Director of OC Health Services Agency also present to discuss final settlement
approval between Plaintiffs and the cities of Bellflower, Laguna Beach and Santa Ana.

        Plaintiffs to file amended supplemental complaint naming the cities of Bellflower and
Laguna Beach.

        The Court approved the Settlement Agreements.

                                                                    :        29
                                    Initials of Clerk        djl