LATHAM & WATKINS LLP
  Michelle D. Johnson (Bar No. 198298)
    *Michelle.Johnson@lw.com*
  Andrew R. Gray (Bar No. 254594)
    *Andrew.Gray@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: 714.540.1235
Facsimile: 714.555.8290

DISABILITY RIGHTS CALIFORNIA
  Lili V. Graham (Bar No. 284264)
    *Lili.Graham@disabilityrightsca.org*
  Benjamin Conway (Bar No. 264410)
    *Ben.Conway@disabilityrights.org*
1111 Sixth Avenue, Suite 200
San Diego, California 92101
Telephone: 619.239.7861
Facsimile: 619.239.7906

Attorneys for Individual Plaintiffs DAVID RAMIREZ,
SHARON SWEAT, STEPHENIE SAINT VINCENT,
RAYA IVES, DEREK MACARTHUR, KIM GRAY,
AND ERIK TEASLEY

[ADDITIONAL COUNSEL ON NEXT PAGE]

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID RAMIREZ, SHARON SWEAT, STEPHENIE SAINT VINCENT, RAYA IVES, DEREK MACARTHUR, KIM GRAY, and ERIK TEASLEY as individuals; PEOPLE'S HOMELESS TASK FORCE, an unincorporated association;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE COUNTY OF ORANGE,<br><br>　　　　　Defendant. | No. 8:18-cv-00220-DOC-KES<br><br>**ORDER OF DISMISSAL [160]**<br><br>Judge: Hon. David O. Carter<br><br>Action Filed: February 7, 2018 |

1  Notice is hereby given that plaintiffs David Ramirez, Sharon Sweat,
2  Stephenie Saint Vincent, Raya Ives, Derek MacArthur, Kim Gray, and Erik
3  Teasley ("Individual *Ramirez* Plaintiffs") and defendant the County of Orange
4  ("County") have reached a settlement with respect to all claims asserted in this
5  action.  The terms of the settlement agreement have been fully satisfied.  The
6  Individual *Ramirez* Plaintiffs and the County, acting through counsel, and pursuant
7  to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in
8  consideration of the negotiated settlement agreement executed by them, to the
9  dismissal of this action.

11  Dated:   Oct. 28, 2020          By:        /s/ Lili V. Graham
                                         **DISABILITY RIGHTS CALIFORNIA**
12                                       Lili V. Graham
                                         Attorney for Individual *Ramirez* Plaintiffs

14  Dated:   Sept. 4, 2020          By:        [signature]
15                                       **COUNTY OF ORANGE**
                                         Leon Page, County Counsel

**ORDER**

Good cause appearing, the Court hereby ORDERS as follows:

1. The claims of the Individual *Ramirez* Plaintiffs against the County in the above-captioned matter are hereby dismissed.

IT IS SO ORDERED.

Dated: October 28, 2020

*/s/ David O. Carter*
The Honorable David O. Carter
United States District Court Judge